```
 1
 2
 3
 4
 5
 6
 7                  IN THE UNITED STATES DISTRICT COURT
 8                 FOR THE EASTERN DISTRICT OF CALIFORNIA
 9  ADELITO GALE, M.D., and HARISH  )
    CHAWLA, M.D.,                   )
10                                  )   2:08-cv-703-GEB-EFB
                     Plaintiffs,    )
11                                  )
           v.                       )
12                                  )   RELATED CASE ORDER
    CALIFORNIA DEPARTMENT OF        )
13  CORRECTIONS AND REHABILITATION, )
    and J. CLARK KELSO,             )
14                                  )
                     Respondents.   )
15  _____  )
                                    )
16  CHARN TOOCHINDA, M.D.           )   2:08-cv-986-MCE-DAD
                                    )
17                   Petitioner,    )
                                    )
18         v.                       )
                                    )
19  DIVISION OF CORRECTIONAL HEALTH )
    CARE SERVICES, a California     )
20  Department of Corrections and   )
    Rehabilitation; GOVERNING BODY OF )
21  THE DIVISION OF CORRECTIONAL    )
    SERVICES, a California Department )
22  of Corrections and Rehabilitation, )
                                    )
23                   Respondents,   )
                                    )
24  J. CLARK KELSO,                 )
                                    )
25                   Receiver.      )
    _____  )
26
27         Respondent J. Clark Kelso has filed a "Notice of Related
28  Cases" in which he contends the above actions involve similar
```

1

1 | factual and legal issues.  Respondent Kelso asserts "both petitions
2 | involve decisions regarding the competency of physicians employed
3 | in the California State prisons and arise out of adverse employment
4 | actions and physician peer review in the California State prisons."
5 | (Notice at 2:3-6.)
6 | However, the facts underlying the adverse employment
7 | actions in each case have not been shown to be similar enough to
8 | justify relating the cases.  Therefore, the cases will not be
9 | related.
10 | IT IS SO ORDERED.
11 | Dated:  May 27, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge